# Exhibit 2



Amazon

| AJKPL Store | United States |    Search

Manage All Inventory    Campaign Manager    Manage Experiments    Manage Orders    Shipments    Deals    Coupons    Voice of the Customer    Upload and Manage Videos

## Order details   Order ID: # **113-3151276-9292263**    Your Seller Order ID: # 113-3151276-9292263

Go back to order list                                                                Refund Order    Request a Review

### Order summary

| | | |
|---|---|---|
| Amazon's Ship By: | **Wed, Apr 30, 2025 PDT** | Shipping service: **Expedited** |
| Purchase date: | Wed, Apr 30, 2025, 7:39 PM PDT | Fulfillment: Amazon |
| | | Sales channel: Amazon.com |

### Ship to

BROOKLYN, NY 11222-7806    Contact Buyer:

### More details

Tax Collection Model: MarketplaceFacilitator

Tax Collection Responsible Party: Amazon Services LLC

### Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete | | Pilates Wrist Ankle Weights for Women, Wearable Strong Arm & Leg Weights Set of 2(1Lbs Each), Adjustable Ankle Weights for Walking, Yoga, Dance, Barre, Gym ASIN: **B0CRYZBNV3** SKU: weight-003 | Order Item ID: 126701274611281 | 1 | US$19.98 | Item subtotal: US$19.98 Tax: US$1.60 Promotion: -US$2.00 **Item total:** **US$19.58** | |

Help    Program Policies    English ▾        Download the Amazon Seller mobile app    Next Gen Selling        © 1999–2025, An

FEEDBACK

https://sellercentral.amazon.com/orders-v3/order/113-3151276-9292263                                                        1/1









https://sellercentral.amazon.com/orders-v3/order/114-6041142-7166662?ref_=xx_swlang_head_xx&mons_sel_locale=en_US&languageSwitched=1      1/1