# Exhibit 3

Ship to 10022          White Plains

  

bala bangles >

## Father's Day is Sunday, 6/15

Use **same-day delivery** to get the perfect gift for Dad. **Shop Father's Day gifts**

✕

 AirPods Max          Shop AirPods Max to surprise Dad

Target  >  Sports & Outdoors  >  Exercise & Fitness  >  Strength Training



Shop all Bala

## Bala Bangles 2pc Wrist & Ankle Weight Set - 2lbs

★★★★★  2861 ⌄ | 2 Questions

**$65.00**                                      ⓘ

---

**Color**  Charcoal



---

                    

**Pickup**          **Delivery**          **Shipping**

Not available     Check              Arrives by
                  availability       Wed, Jun 18

**Ship to 10022**   Edit location

Arrives by Wed, Jun 18

Ships free - exclusions apply



( **1 in cart** ⌄ )

( Sign in to buy now )



**Free & easy returns**

Return this item by mail or in store within 90 days for a full refund.

Eligible for registries and wish lists

Sign in

**Save 5% every day**
With Target Circle™ Card

**Pay interest-free or as low as $12/mo**
With Affirm

**Save 5%†**
with ⊙circle.card
for Father's Day

✦AirPods Max

†Restrictions apply. See Target.com/CircleCard for details

Sponsored



Show more images

# About this item

## Details ⌃

### Highlights

- Additive to yoga, aerobics, boxing, pilates, walking, home workouts, core training and rehabilitation

- Made of the highest quality fitness materials – recyclable steel wrapped in baby-soft silicone

- Athletic elastic and hook and loop fasteners allow for a perfect fit every time

- Includes 2x 2LB Bala Bangles set and nifty color-matched carrying case

- Product Dimensions: 13 ½" x 3 ½" x ¾" per Bangle

### Description

Bala Bangles add a constant but comfortable resistance to your workout. Wildly versatile, they can be worn on ankles or wrists for athletic, recreational, and domestic activities alike. Bala Bangles come with a nifty color-matched carrying case so you can take them on the go. The world just became your gym. Discover mind-bending Bala-fueled workouts at Balacize.com. Choose your movement, product, length, and instructor to start streaming personalized workouts today.

## Specifications ⌄

## Shipping & Returns ⌄

## Q&A (2) ⌄



**New**
## Enjoy the taste of wonder
Shop LaCroix Sunshine.

Ship to 10022          Mt Kisco



☰             1

( bala bangles › )

Father's Day is Sunday, 6/15          ✕

Use **same-day delivery** to get the perfect gift for Dad. **Shop Father's Day gifts**

 **AirPods Max**          Shop AirPods Max to surprise Dad

Target  ›  Sports & Outdoors  ›  Exercise & Fitness  ›  Strength Training



Shop all Bala

## Bala Bangles 2pc Wrist & Ankle Weight Set - 2lbs

★★★★★  2861  ⌄  |  2 Questions

**$65.00**          ⓘ

---

**Color**  Charcoal



---

 Pickup           Delivery           Shipping

Not available          Check availability          Arrives by Wed, Jun 18

**Ship to 10022**    Edit location

Arrives by Wed, Jun 18

Ships free - exclusions apply

( **1 in cart** ⌄ )

( Sign in to buy now )





**Free & easy returns**

 Return this item by mail or in store within 90 days for a full refund.

 Eligible for registries and wish lists

Sign in

**Save 5% every day**
With Target Circle™ Card     ⓘ

ⓐ **Pay interest-free or as low as $12/mo**
With Affirm    ⓘ

**Save 5%†**
with ⊙circle.card
for Father's Day

🍎 AirPods Max

†Restrictions apply. See Target.com/CircleCard for details

Sponsored



Show more images

# About this item

## Details ⌃

### Highlights

- Additive to yoga, aerobics, boxing, pilates, walking, home workouts, core training and rehabilitation
- Made of the highest quality fitness materials – recyclable steel wrapped in baby-soft silicone
- Athletic elastic and hook and loop fasteners allow for a perfect fit every time
- Includes 2x 2LB Bala Bangles set and nifty color-matched carrying case
- Product Dimensions: 13 ½" x 3 ½" x ¾" per Bangle

### Description

Bala Bangles add a constant but comfortable resistance to your workout. Wildly versatile, they can be worn on ankles or wrists for athletic, recreational, and domestic activities alike. Bala Bangles come with a nifty color-matched carrying case so you can take them on the go. The world just became your gym. Discover mind-bending Bala-fueled workouts at Balacize.com. Choose your movement, product, length, and instructor to start streaming personalized workouts today.

## Specifications ⌄

## Shipping & Returns ⌄

## Q&A (2) ⌄



New
**Enjoy the taste of wonder** Shop LaCroix Sunshine.

Sponsored