

leo@esca.legal  ●  917-397-1384 x 109

July 29, 2025

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East, Courtroom 2E North
Brooklyn, NY 11201

**RE:  Xiamen Tingken Electronic Technology Co., Ltd. v. Bala Bangles, Inc. et al, Case No. 1:25-cv-3614-RER-LKE**

Dear Judge Reyes,

I write on behalf of Defendant Bala Bangles, Inc. ("Bala" or "Defendant") in the above-referenced matter. Defendant respectfully requests a 30-day extension to answer or otherwise respond to the Complaint—from August 8, 2025 to September 8, 2025. Good cause exists for the request.

In particular, the undersigned was recently retained to represent Defendants in this matter. The extension thus provides Defendant with additional time to investigate the factual basis underlying Plaintiff's allegations, and to explore potential settlement with Plaintiff. The request thus aims to promote judicial efficiency.

This is Defendant's first request for an extension of time to respond. Plaintiff, through counsel, consents to the request.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/ Leo M. Lichtman
Leo M. Lichtman
Partner

Americas Tower, 1177 6th Avenue, 5th Floor, New York, NY 10036  ●  208 Lenox Ave, #211, Westfield, NJ  07090