

leo@esca.legal   •   917-397-1384 x 109

January 14, 2026

**Via ECF**

Honorable Lara K. Eshkenazi
United States District Court
225 Cadman Plaza East, Courtroom N322
Brooklyn, NY 11201

**RE:   Xiamen Tingken Electronic Technology Co., Ltd. v. Bala Bangles, Inc. et al, Case No. 1:25-cv-3614-RER-LKE**

Dear Judge Eshkenazi

I write on behalf of Defendant Bala Bangles, Inc. ("Bala" or "Defendant") in the above-referenced matter. Together with Plaintiff, the parties jointly submit the proposed discovery plan/scheduling order ahead of the January 21, 2026 scheduling conference, which is enclosed herewith.

The proposed schedule contemplates that the parties shall also abide by the deadlines set forth in this District's Local Patent Rules, which are incorporated therein.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/ Leo M. Lichtman
Leo M. Lichtman
Partner

Americas Tower, 1177 6th Avenue, 5th Floor, New York, NY 10036   •   208 Lenox Ave, #211, Westfield, NJ  07090